IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES C. HOUSER                                                        PLAINTIFF

     v.                         CIVIL NO. 2:01-cv-02059-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                          DEFENDANT

### JUDGMENT

       For the reasons stated in the Court's Memorandum Opinion an Order, Defendants' motion

to reinstate and dismiss is hereby granted and the clerk is ordered to reopen the case and dismiss

the Plaintiff's Complaint without prejudice.

       IT IS SO ORDERED on this the 23rd day of June, 2016.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE